Joel R. Bryant, Esq. (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel: (619) 239-7900
Fax: (619) 239-7800

Attorneys for Plaintiff, Mahsa Afsharpour

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHSA AFSHARPOUR, an individual, | CASE NO: CV11-04656-LHK |
| PLAINTIFF, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally, | Date: January 4, 2012
Time: 2:00 p.m.
Dept.: Courtroom 8
Judge: Honorable Lucy H. Koh |
| DEFENDANTS. | **As Modified by the Court** |

Pursuant to the Court's October 6, 2011 Order, a Case Management Conference in the above referenced matter was scheduled for January 4, 2012. The Order further required the parties to file a case management statement no later than seven (7) days prior to the Case Management Conference. For the reasons set forth below, Plaintiff respectfully requests that the Court continue the Case Management Conference scheduled for January 4, 2012 to March 16, 2012, at 2:00 p.m.

On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties to this case, and further advised that, based on the allegations of the Complaint, the only entity which should have been named as a Defendant was his client, AT&T Mobility. In reliance on those representations, Plaintiff filed a First Amended Complaint on October 25, 2011, which removed all prior Defendants, and named the new, current, Defendant AT&T Mobility. Said Defendant was subsequently served on November 4, 2011 via Waiver of Service of Summons. On November 15,

1  2011 Plaintiff received the signed Waiver of Service from Defendant and filed the Proof of Service
2  with the Court. Defendant's answer to the complaint is due on January 3, 2012, and Plaintiff does
3  not anticipate the Defendant will appear until that date.
4      Given that the new Defendant has not yet appeared, is not obligated to appear, and will not
5  appear prior to January 3, 2012, Plaintiff does not believe there to be sufficient time to Meet and
6  Confer, and prepare and submit the Case Management Statement to the Court prior to the date of
7  the conference. Accordingly, Plaintiff believes that continuing the Case Management Conference
8  until March 16, 2012, would provide both parties ample and reasonable time to Meet and Confer
9  and prepare the Case Management Statement.
10     NOW, THEREFORE, subject to the Court's approval, Plaintiff, by and through her counsel
11 of record, respectfully asks the following:
12     1.  That the Case Management Conference be continued from January 4, 2012, at 2:00
13 p.m., to March 16, 2012, at 2:00 a.m.; and
14     2.  That the corresponding deadline to file the Case Management Statement be continued
15 to March 9, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: December 1, 2011

   /s/   Joel R. Bryant
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiff
MAHSA AFSHARPOUR

**ORDER**

- 2 -                                    Case No: CV11-04656-LHK
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**IT IS ORDERED THAT:**

1. The Case Management Conference is continued from January 4, 2012, at 2:00 p.m., to January 25, 2012, at 2:00 p.m.; and

2. The deadline to file the Joint Case Management Statement is continued from December 28, 2011, to January 18, 2012.

Dated: December 13, 2011

_Lucy H. Koh_
Lucy H. Koh
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Lucy H. Koh